UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-80069-DMM

UNITED STATES OF AMERICA

v.

ALI EMAD ATIEH,
   a/k/a "@The PaliAlawi,"
   a/k/a "@The PaliAlawii,"

      Defendant.
_____/

## FACTUAL PROFFER

Defendant Ali Emad Atieh, (hereinafter "Defendant" or "ATIEH"), his counsel, and the United States agree that, had this case proceeded to trial, the United States would have proven the following facts, which occurred in Palm Beach County in the Southern District of Florida, beyond a reasonable doubt, and that the following facts are true and accurate and are sufficient to support a plea of guilty:

      1.    On January 6, 2025, the United States Capitol Police, Threats Assessment Section (TAS), was notified of a threat made on the social media platform X (formerly known as Twitter) against a sitting member of the United States Senate. The threat was posted from an account subscriber using the display name Ali Atieh, user name @ThePaliAlawii (hereinafter "SUBJECT ACCOUNT 2"). On that date, the user of SUBJECT ACCOUNT 2 posted the following statement at 12:37 a.m., "[Senator's last name misspelled] I have your locations doxxed I can get around your security guards I have the best access to your window .. I'm gonna murder you and I'm gonna start with your children you motherfucker you watch me I'm coming for you. We will kill all of you America sellouts" [sic].

1

2. According to records maintained by X, the SUBJECT ACCOUNT 2 had the following subscriber information: Account ID: 1869990026756710400, Created At: 2024-12-20T06:15:49.274Z, Email: atieh67boy@gmail.com, Username: ThePaliAlawii, Account Display Name: Ali Atieh. Additionally, the following two IP Addresses were captured for January 6, 2025: (a) Created At: 2025-01-06T12:53:17.000Z, Log In IP: 76.153.203.46; and (b) Created At: 2025-01-06T12:36:20.000Z, Log In IP: 107.123.37.72. An open-source database search of the two IP addresses revealed the following information: (a) IP Address: 76.153.203.46 (IP Address 1), Location: Wellington, Florida, Service Provider: Comcast Cable/DSL; and (b) IP Address: 107.123.37.72 (IP Address 2), Location: Davenport, Florida, Service provider: AT&T Wireless Cellular.

3. An open-source database search of "Ali Atieh" (the associated display name on the SUBJECT ACCOUNT 2) in the state of Florida (based on IP address returns) revealed only one result: Name: Ali Emad ATIEH, DOB: 10/07/2001, SSN: XXX-XX-3622, Address: 1281 Torrington Avenue, Wellington, Florida 33414.

4. On January 6, 2025, USCP Special Agents responded to 1281 Torrington Avenue, Wellington, Florida 33414 and interviewed ATIEH. During the interview, the Defendant denied posting the January 6, 2025, threat. When USCP agents read the threatening post to him, the Defendant became very nervous. He trembled and was unable to speak clear sentences. He claimed, "I never said that" and "I don't recall making a post like that."

5. ATIEH claimed that his display name was "Alawi" and username as @ThePaliAlawi (hereinafter the "SUBJECT ACCOUNT 1"). The display name "Alawi" is different than the reported display name of "Ali Atieh." The username @ThePaliAlawi is slightly different from the username @ThePaliAlawii, which is missing the second "i". ATIEH stated he had not changed his display name nor his X username.

6. ATIEH provided investigators with his email addresses as atiehali80@gmail.com and atieh67boy@gmail.com (which match information contained in the subscriber records associated with the SUBJECT ACCOUNT 2). Additionally, ATIEH provided his cellphone number as XXX-XXX-9103. ATIEH stated he had been using a loaner phone from Apple because his actual phone was at the repair store since the second week of December 2024. ATIEH provided agents with consent to search the cellphone and signed a consent to search form in the presence of the USCP agents.

7. Subscriber records maintained by AT&T provided the following information about IP Address 107.123.37.72 (IP Address 2): "Individual IP assignments within this block are not stored by AT&T, and they do not have individual IP records for the IP in question." Subscriber records maintained by Comcast reveal the following information for IP Address 76.153.203.46 (IP Address 1): Name: Emad Atieh, Address: 1281 Torrington Avenue, Wellington, Florida 33414, telephone number XXX-XXX-8811. Subscriber records maintained by X reveal the following information for accounts associated with usernames @ThePaliAlawi and @ThePaliAlawii:

a. @ThePaliAlawi, Account ID: 1863578040850145280, Created At: 2024-12-02T13:36:51.303Z, Email Address: ali.atieh@trulieve.com, Username: ThePaliAlawi, Account Display Name: Alawi (SUBJECT ACCOUNT 1);

b. @ThePaliAlawii, Account ID: 1869990026756710400, Created At: 2024-12-20T06:15:49.274Z, Email Address: atieh67boy@gmail.com, Username: ThePaliAlawii, Account Display Name: Ali Atieh (SUBJECT ACCOUNT 2).

8. A comparison of both X IP Audit accounts activity show that it appears to be the same user for SUBJECT ACCOUNTS 1 and 2. A check through IP Address search engines shows both accounts to be opened or accessed on or about the same time, at the same location, which was corroborated through open-source search via https://whatismyipaddress.com/ For example, on January 6, 2025:

- o 12:36:20 – Fort Myers @ThePaliAlawii
- o 12:36:21 – Fort Myers @ThePaliAlawi
- o 14:21:58 – Gainesville @ThePaliAlawii
- o 14:22:01 – Gainesville @ThePaliAlawii
- o 14:22:05 – Gainesville @ThePaliAlawi

9. Open-source database search on telephone number XXX-XXX-9103 comes back to Ali E Atieh, 1281 Torrington Avenue, Wellington, Florida 33414, Service Provider AT&T. Telephone number XXX-XXX-8811 comes back to Emad Atieh, 1281 Torrington Avenue, Wellington, Florida 33414, Service Provider Verizon.

10. The telephone service provider listed for all the X IP Addresses were associated with AT&T, which coincide with ATIEH. ATIEH told investigators on January 6, 2025, one of

his email addresses is atieh67boy@gmail.com, which is associated with the threat made towards the Victim Senator on SUBJECT ACCOUNT 2.

11. The United States would prove that ATIEH was the user of SUBJECT ACCOUNT 1 and 2 through common contact and common content analysis between the two accounts. Specifically, the user of both accounts communicated with at least 21 individuals having the same X handles or Screen Names. Additionally, the account user for the subject accounts consistently used highly inflammatory words and phrases towards Israel and its war with the Palestinians in Gaza, such as "sewage rat", "diaper soldiers", "victim card", "racist Jew", "scum Jews", "Jew Nazi pig", "Jew schmuck", "doxxed", "dox" or variations thereof.

JASON A. REDING QUINONES
UNITED STATES ATTORNEY

Date: 8/21/25    By: _____
MARK DISPOTO
ASSISTANT UNITED STATES ATTORNEY

Date: 8/21/25    By: _____
ROBERT ADLER
ATTORNEY FOR DEFENDANT

Date: 8/21/25    By: _____
ALI EMAD ATIEH
DEFENDANT