UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.    25-CR-80069-ROSENBERG/REINHART

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

ALI EMAD ATIEH,

     Defendant.

_____/

**NOTICE OF FILING**

     Defendant, Ali Atieh, through undersigned counsel, files the attached letters for the Court's consideration at the time of his sentencing.

Respectfully submitted,

HECTOR DOPICO
FEDERAL PUBLIC DEFENDER

By: *s/Robert E. Adler*
Robert E. Adler
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar No. 259942
250 S Australian Avenue, Suite 400
West Palm Beach, Florida 33401
(561) 833-6288 - Telephone
 robert_adler@fd.org - Email

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on November 5, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served on this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/*Robert E. Adler*
Robert E. Adler

-