Emad & Mariam Sr. – Ali

My son cares about us more than words can express. When (I – Emad Atieh H.) was in the hospital, fighting for my life and facing moments that felt unbearable, he never left my side. Even when I was at my weakest, almost slipping away, he was there every single day, offering comfort, holding my hand, and reminding me to keep fighting. His dedication and love gave me a sense of peace in the most terrifying moments, and I could feel his unwavering support lifting my spirits when I felt completely powerless.

He showed a kind of strength and compassion that truly goes beyond what I ever imagined. Even after long days of worry and exhaustion, he stayed, never complaining, always encouraging me to be strong. Through every procedure, every test, and every uncertain hour, he remained a constant source of hope and reassurance. His presence alone was enough to remind me that I was not alone in my struggle, and that someone believed in my ability to survive and heal.

Looking back now, I am overwhelmed with gratitude for his care and selflessness. His love during that time taught me what family truly means and how powerful a child's loyalty can be. I am so proud to call him my son, and I know that his heart, courage, and compassion will continue to inspire everyone around him. He was not just there physically Ali was there in every moment emotionally, mentally, and spiritually, making the hardest moments a little more memorable simply by being himself.

Emad Atieh Jr – Ali

I am proud to write about my brother, Ali Atieh. I have known him all his life, and I can honestly say he is one of the kindest, most caring, and genuine people I know. Ali has always been there for me and for our family. He is always checking in, spending time with those who need support, and encouraging everyone to stay strong and positive. His presence and care mean more than I can ever put into words.

Ali is someone who genuinely cares about the people around him. He listens without judgment, offers help whenever it is needed, and encourages everyone to be their best selves. His honesty, patience, and warmth make him someone you can always trust.

I am grateful to have Ali as my brother, and I know anyone who gets to know him will see the same amazing qualities I see every day. He is a person who makes the people around him feel supported, loved, and valued, and that is a rare and beautiful quality.

My friend Ali Atieh exemplifies the true qualities of a great friend through his integrity, reliability, and compassion. He consistently demonstrates thoughtfulness in his actions and sincerity in his words, making him someone others can trust and respect. Ali is always willing to lend a helping hand, offer wise advice, and provide steady support during both good and difficult times. His ability to listen with empathy and respond with understanding shows a level of maturity and kindness that strengthens every friendship he builds. Ali's genuine character and unwavering loyalty make him not only an admirable individual but also a truly exceptional friend.

Mariam Atieh Emad – Ali

My little brother has always had a heart that truly stands out for its genuine kindness and depth. He is gentle, compassionate, and endlessly thoughtful person who consistently gives his time, love, and support. During my most difficult battle with cancer, he was my unwavering anchor. He would send me encouraging texts every morning, sometimes just a simple 'Thinking of you,' and stay with me for hours at a time, even when I was too weak to speak. His quiet presence was a comforting reminder that I was never alone, and his love became my greatest strength amidst uncertainty.

What I admire most about him is his respectful and grounded nature. Despite his young age, he treats everyone with authentic kindness and empathy, whether they are strangers, friends, or family. He listens intently with his whole heart and speaks with thoughtful care. There is a calming energy about him, a sense that everything will be okay simply because he is there a presence that reassures and reassures everyone around him. He has faced his own hardships moments of personal struggle and disappointment, but he never lets these challenges diminish his generous spirit. His resilience is inspiring strong, yet humble, brave, yet caring. Watching him grow into the compassionate young man he is today constantly reminds me that true strength often exists in quietude and patience, and that love can be powerful beyond words.

His dedication is relentless. When he commits to a goal, he pursues it with unwavering focus and full effort, never settling for mediocrity. Whether he is pursuing academic ambitions, supporting loved ones through tough times, or volunteering at local community centers, he always shows up wholeheartedly. He consistently acts of light for others, shining brightly in dark moments, and inspiring those around him. I am forever grateful not just because he is my brother, but because he owns one of the most beautiful souls I have ever known. His kindness, resilience, and unwavering support have profoundly changed my life, and I cherish every moment I get to share with him.

Monalisa Atieh

My little brother has a truly kind heart. He is one of those people who, without even trying, is the kind of person who notices when someone is feeling off and checks in just to make sure, they are okay. He genuinely cares about people, and that warmth shows in everything he does. I have always admired how gentle and thoughtful he is, even when no one is watching. One of the things I love most about him is how respectful he is. No matter who he is talking to, he always listens and treats them with kindness. He never let us pride or attitude get in the way, and that is something that says a lot about the person he is. He carries himself with so much grace for his age, and it honestly inspires me sometimes. He is also one of the most resilient people I know.

Even when things do not go his way or life gets tough, he never gives up. He keeps pushing, keeps believing, and somehow finds a reason to smile through it all. It takes real strength to stay that grounded and calm when life tests you, and he does it with such quiet courage. And when it comes to dedication, he has gotten that in him naturally. Whatever he decides to do, he gives it his all. Whether it is work, school, or something small he is passionate about, he stays focused and committed until he reaches his goal. I am honestly so proud of him not just because he is my brother, but because he is a genuinely good person with a heart that never stops giving.